IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLORCON, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 11-1700 |
| AMINAH-IMAN LEWIS and SENSIENT TECHNOLOGIES CORP., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 31st day of May 2011, upon consideration of Plaintiff's Emergency Motion for Preliminary Injunctive Relief (Document No. 5, filed March 15, 2011), Defendants' Response to Plaintiff's Emergency Motion for Preliminary Injunctive Relief (Document No. 11, filed March 18, 2011), Declaration of Aminah-Iman Lewis (Document No. 12, filed March 18, 2011), Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Injunctive Relief (Document No. 13, filed March 18, 2011), Reply Memorandum of Law in Support of Plaintiff's Emergency Motion for Preliminary Injunctive Relief (Document No. 17, filed March 21, 2011), Defendants' Sur-Reply and Supplemental Memorandum of Law in Opposition to Plaintiff's Motion for Injunctive Relief (Document No. 25, filed April 4, 2011), Plaintiff's Supplemental Memorandum of Law Regarding Irreparable Harm (Document No. 26, filed April 4, 2011), Plaintiff Colorcon, Inc.'s Proposed Findings of Fact and Conclusions of Law (Document No. 35, filed April 29, 2011) and Defendants' Proposed Findings of Fact and Conclusions of Law (Document Not. 36, filed April 29, 2011), following a preliminary

injunction hearing held March 22, April 5 and April 6, 2011, for the reasons set forth in the Memorandum dated May 31, 2011, **IT IS ORDERED** that Plaintiff's Emergency Motion for Preliminary Injunctive Relief (Document No. 5, filed March 15, 2011) is **DENIED**.

    **IT IS FURTHER ORDERED** that a preliminary pretrial telephone conference will be scheduled in due course.

                                  **BY THE COURT:**

                                  /s/ **Hon. Jan E. DuBois**
                                  **JAN E. DUBOIS, J.**